AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas



FILED
MAR 29 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| Eliot Lee | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. SA-22-CV-1149-OLG |
| Bexar County | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** Defendant's motion to dismiss Plaintiff's claims for discrimination based on retaliation and hostile working environment due to his sex and age is GRANTED;  Defendant's motion to dismiss Plaintiff's claim for discrimination based on race or national origin is GRANTED for failure to state a claim under Rule 12(b)(6). No further claims remain to be resolved. Final Judgment is entered.

This action was *(check one)*:

☐ **tried by a jury with Judge** _____ presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☑ **decided by Judge**  Orlando L. Garcia

Date: MAR 30 2023

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*